JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$12,110.37 IN BANK FUNDS FROM US BANK NUMBER ENDING 0196, ET AL.,<br><br>Defendants. | No. 5:21-cv-02007-JFW (AFMx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |
| CHAO WANG AND<br>JULIA CHI CHAN WING,<br><br>Claimants. | |

Plaintiff United States of America ("the government") and Claimants Chao Wang ("Wang") and Julia Chi Chan Wing ("Wing"), have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the subject matter of this action and the

1  parties to this Consent Judgment of Forfeiture.

2      2.    The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3      3.    Notice of this action has been given as required by law.  All potential claimants to the defendant funds other than Wang and Wing are deemed to have admitted the allegations of the Complaint for Forfeiture to be true with respect to the defendant funds.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

4      4.    The sum of $30,527.55 only (without interest) shall be returned to Wing through her counsel.  The government shall have judgment as to the remainder of the defendant currency (i.e., $12,110.37), plus the interest earned by the government on the defendant currency since seizure, and no other right, title or interest shall exist therein.  The government shall dispose of those funds in accordance with law.

5      5.    The funds to be returned to Wing shall be paid through her counsel by electronic transfer.  Wing and their attorney shall provide all information and complete all documents requested by the government to facilitate the transfer including, without limitation, providing Wing's social security or taxpayer identification number, the identity of the bank, and the bank's address, account name, account number, account type and routing number for the account to which the transfer of funds is to be made.

6      6.    There was reasonable cause for the seizure of the defendant funds and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

\\
\\

7. Wang and Wing did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

Dated: March 15, 2022

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

 /s/Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA